

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-17-00010-CV

**ATLAS TOWING AND STORAGE,**
Appellant

v.

Cheryl **VOMERO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV04077
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On February 20, 2017, the parties filed a Joint Advisory stating they have agreed to mediate this matter with Mr. Robert Trudeau and asking this court to abate this appeal and suspend all appellate deadlines.

The motion is GRANTED and this appeal is abated until April 10, 2017. The parties are ORDERED to file either the appropriate motion to dismiss this appeal or a motion to reinstate appellate deadlines no later than April 10, 2017. If the appeal is reinstated, appellant's brief is due thirty days from the date of reinstatement.

All other appellate deadlines are held in abeyance pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court